1  MITCHELL D. GLINER, ESQ.
   Nevada Bar No. 3419
2  3017 West Charleston Blvd., #95
   Las Vegas, Nevada 89102
3  702-870-8700
   702-870-0034 Fax
4  Attorney for Plaintiff

5

6                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
7

8
   RICHARD C. STROHECKER,                )
9                                        )
                    Plaintiff,           )        CASE NO.
10                                       )
   v.                                    )
11                                       )
   EXPERIAN INFORMATION                  )
12 SOLUTIONS, INC.,                      )        JURY DEMANDED
                                         )
13                  Defendant.           )
                                         )
14 ──────────────────────────────

15                         COMPLAINT

16                         JURISDICTION

17       1.      The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section

18 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division

19 of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant

20 perpetrated therein.

                            PRELIMINARY STATEMENT
21
         2.      The Plaintiff brings this action for damages based upon Defendant's
22
   violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter referred
23
   to as "FCRA"), and of state law obligations brought as supplemental claims.
24
         3.      Plaintiff is a natural person and is a resident and citizen of the State of
25
   Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the
26
   FCRA.
27
   . . .
28

4.     The Defendant Experian Information Solutions, Inc. ("Experian") is a corporate entity licensed to do business in the State of Nevada.

5.     Experian is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

### FACTUAL ALLEGATIONS

6.     Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7.     Plaintiff's May 26, 2006 credit profile reflects an outstanding state tax lien in the amount of $5,700.00 (Exhibit 1).

8.     This state tax lien is not reported on either Plaintiff's Equifax or Trans Union credit profiles.

9.     That is probably because the $5,700.00 reported exclusively by Defendant was released during August 1998 (Exhibit 2).

### STATEMENT OF CLAIM AS AGAINST DEFENDANT

10.    In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

      a.     By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

### PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

      a.     actual damages;

      b.     punitive damages;

      c.     attorney's fees; and

1              d.     costs.

2                                         Respectfully submitted,

3

4                                         MITCHELL D. GLINER, ESQ.

5                                         Nevada Bar No. 3419
                                     3017 West Charleston Boulevard

6                                         Suite 95
                                     Las Vegas, Nevada 89102

7                                         Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

# EXHIBITS



X Close

## Online Personal Credit Report from
## Experian for

Experian credit report prepared for
**RICHARD STROHECKER**
Your report number is
**0664694893**
Report date:
**05/26/2006**

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Print rep

Experian collects and organizes information about you and your credit history from public records, your creditors and other relia sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowe law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cred credit grantor makes that decision based on its own guidelines.

## Potentially Negative Items

ba

### Public Records

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account connected with some public records, such as bankruptcy, also may appear with your credit items listed later in this report.

**SAN DIEGO COUNTY REC**
Address:
1600 PACIFIC HWY STE 260
SAN DIEGO , CA 92101
*No phone number available*

Identification Number:
SQ40304322

Status:
State tax lien filed.

Date Filed:
05/06/1994
Date Resolved:
NA
Responsibility:
NA

Claim Amount:
$5,700
Liability Amount:
NA

### Credit Items

For your protection, the last few digits of your account numbers do not display.

**APPLIED CARD BANK**
Address:
PO BOX 17123
WILMINGTON, DE 19850
(561) 982-9111
Status: Paid in settlement/Account charged off. $2,929 written
off.

Account Number:
422709725788....

Date Opened:
07/1999

Type:
Revolving

Credit Limit/Original Amount:
$2,050

**EXHIBIT /**

DOC # 1998-0502274

Recording Requested By:
**STATE OF CALIFORNIA
FRANCHISE TAX BOARD**

When Recorded Mail To:

LIEN DESK
PO BOX 2952
SACRAMENTO, CA 95812-2952

443   AUG 10, 1998 4:04   PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   11.00



1998-0502274



### STATE OF CALIFORNIA
### FRANCHISE TAX BOARD

## RELEASE OF LIEN

The Franchise Tax Board of the State of California hereby releases the lien imposed under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code as evidenced by the following described certificate of tax, interest and penalties due:

Certificate Number: 94123-000436

Filed Against: RICHARD C STROHECKER

FTB Account Number: 192389435

Social Security Number:

Filed With: COUNTY OF SAN DIEGO

Date Recorded: 05/06/94

In Book: 94-0304322

At Page:

IN WITNESS WHEREOF the Franchise Tax Board has duly authorized the undersigned to execute this Release in its name.

Dated: 08/06/98

By:

Collection Bureau
Telephone Number: (916) 845-4350

A

FTB2730 MEO Rev 8/94